MARY MORIARTY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Moriarty* v. *City of New York,* 132 App. Div. 10, affirmed.
(Argued December 15, 1909; decided January 4, 1910.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Francis K. Pendleton, Corporation Counsel* (*James D. Bell* of counsel), for appellant.

*A. L. Pincoffs* and *Edward D. O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.